

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00378-CV

| | | |
|---|---|---|
| UNIVERSITY OF NORTH TEXAS SYSTEM, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2017-00827) |
| | § | September 10, 2020 |
| LISA BARRINGER, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying University of North Texas System's plea to the jurisdiction is reversed, and we render a judgment that Lisa Barringer's suit be dismissed.

It is further ordered that appellee Lisa Barringer shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack